NOT ORIGINAL DOCUMENT 09/14/2026 11:00:48 AM 90450-14

NO. __________

JEFFERSON CIRCUIT COURT
BUSINESS DOCKET
DIVISION ________
JUDGE ____________
*ELECTRONICALLY FILED*

ROMANS RACING STABLES, INC. PLAINTIFF

v. **VERIFIED COMPLAINT**

CJ STABLES, LLC
3028 Travis Pond Road
Williamsburg, VA 23185

DEFENDANTS

Serve: Office of the Secretary of State
Summons Branch
1025 Capital Center Driver, Ste. 201
Frankfort, KY 40601

Serve: Charles Sonson, agent
3028 Travis Pond Road
Williamsburg, VA 23185

* * * * *

Comes the Plaintiff, Romans Racing Stables, Inc. (hereinafter "Romans"), and for its Complaint against the Defendant, CJ Stables, LLC (hereinafter "CJ Stables") and states as follows:

1. That at all times relevant hereto, Romans was a Kentucky limited liability company that provides horse training services in various locations, including Jefferson County, Kentucky.

2. That at all times relevant hereto, Charles Sonson (hereinafter "Sonson") was an agent, servant, or employee of CJ Stables.

Presiding Judge: HON. MITCH PERRY (630267)
COM : 000001 of 000004

NOT ORIGINAL DOCUMENT 09/14/2026 11:00:48 AM 90450-14

3. That Sonson, as an agent, servant, or employee of CJ Stables entered into an oral contract with Romans to train horses owned by CJ Stables in various locations, including Jefferson County, Kentucky from 2023 through 2026.

4. That at all times relevant hereto, CJ Stables, through their agents, servants, or employees produced their horses in various Kentucky locations, including Jefferson County, Kentucky, for the purpose of making them available for Romans to train.

5. In consideration for Romans training the aforementioned horses, Romans charged a reasonable fee and produced monthly invoices to CJ Stables for payment.

6. Payment was made for some invoices, but others remain unpaid, and the current outstanding balance of CJ Stables totals $115,411.64.

7. This current balance will continue to accrue and increase because CJ Stables owns a 10% share of a horse that is still with Romans for training.

**COUNT I: BREACH OF CONTRACT**

8. Plaintiff re-alleges and incorporates all prior allegations as if fully re-written herein.

9. CJ Stables breached the terms and conditions of the Contract when their agents, servants, or employees failed to pay monthly invoices produced by Romans.

10. The breach by CJ Stables was material.

11. The consideration of CJ Stables for the work performed by Romans failed when CJ Stables stopped paying Romans for the training services.



Presiding Judge: HON. MITCH PERRY (630267)
COM : 000002 of 000004

NOT ORIGINAL DOCUMENT
09/14/2026 11:00:48 AM
90450-14

12. The breach by CJ Stables caused Romans to suffer damage as outlined above.

**COUNT II: UNJUST ENRICHMENT**

13. Romans re-alleges and incorporates all prior allegations as if fully re-written herein.

14. Romans conferred a benefit upon CJ Stables by training their horses for the last two and a half years.

15. Due to the breach by CJ Stables, Romans requested payment but CJ Stables has not paid the balance.

16. The failure of CJ Stables to pay the training fees has unjustly enriched CJ Stables as they received horse training services from Romans, but there has been no consideration for the services.

**COUNT IV: DETRIMENTAL RELIANCE**

17. Romans re-alleges and incorporates all prior allegations as if fully re-written herein.

18. CJ Stables, through their agents, servants, or employees, made false representations to Romans that they would pay for training services if Romans completed same.

19. Romans relied, to his detriment, on those false representations.

20. As a result of Romans relying on the representations of the agents, employees, or servants of CJ Stables, that were false, Romans sustained damage as outlined above.

Presiding Judge: HON. MITCH PERRY (630267)
COM : 000003 of 000004

Docusign Envelope ID: 7FF0C47D-AB13-8CF6-8263-5B13EAEA8C83

NOT ORIGINAL DOCUMENT

09/14/2026 11:00:48 AM

90450-14

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff Romans prays for the following relief:

1. All compensatory damages and equitable relief to which he is entitled;
2. Attorney fees and the costs;
3. Pre-judgment and post-judgment interest;
4. Trial by jury.

Respectfully submitted,

*/s/ Jeri Barclay Poppe*

JERI BARCLAY POPPE
13102 Eastpoint Park Blvd.
Suite 200
Louisville, Kentucky 40223
(502) 588-9000
*Counsel for Plaintiff*

**VERIFICATION**

I hereby verify that the foregoing facts contained in this Complaint are true and correct.

Signed by:
Dale Romans
9F966FA8485F45D...

DALE ROMANS, owner and authorized agent of Romans Racing Stables, Inc.

Presiding Judge: HON. MITCH PERRY (630267)

COM : 000004 of 000004

AOC-E-105 Sum Code: CI
Rev. 9-14

NOT ORIGINAL DOCUMENT 09/14/2026 11:01:24 AM 90450-14

Commonwealth of Kentucky
Court of Justice *Courts.ky.gov*

CR 4.02; Cr Official Form 1

# CIVIL SUMMONS

Case #: **26-CI-005752**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**

*Plaintiff,* **ROMANS RACING STABLES, INC VS. CJ STABLES, LLC**, *Defendant*

TO: **CHARLES SONSON**
**3028 TRAVIS POND ROAD**
**WILLIAMSBURG, VA 23185**

Memo: Related party is CJ STABLES, LLC

The Commonwealth of Kentucky to Defendant:
**CJ STABLES, LLC**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

David L. Nicholson (signature)
Jefferson Circuit Clerk
Date: **6/30/2026**

Presiding Judge: HON. MITCH PERRY (630267)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: ____________________

☐ Not Served because: ____________________

Date: ____________, 20____ ____________________
Served By

____________________
Title

CI : 000001 of 000001

Summons ID: @00001156117
CIRCUIT: 26-CI-005752 Long Arm Statute – Secretary of State
ROMANS RACING STABLES, INC VS. CJ STABLES, LLC



eFiled

**Commonwealth of Kentucky**
**David L. Nicholson, Jefferson Circuit Clerk**

NOT ORIGINAL DOCUMENT 09/14/2026 11:01:53 AM 90450-14

**Case #:** 26-CI-005752 **Envelope #:** 14145859

**Received From:** JERI BARCLAY POPPE **Account Of:** JERI BARCLAY POPPE

**Case Title:** ROMANS RACING STABLES, INC VS. CJ STABLES, LLC **Confirmation Number:** 223259302

**Filed On** 6/30/2026 4:54:16PM

| # | Item Description | Amount |
|---|---|---|
| 1 | Court Facilities Fee | $25.00 |
| 2 | Access To Justice Fee | $20.00 |
| 3 | Money Collected For Others(Court Tech. Fee) | $20.00 |
| 4 | Money Collected For Others(Attorney Tax Fee) | $5.00 |
| 5 | Money Collected For Others(Secretary of State Electronic Services) | $10.00 |
| 6 | Money Collected For Others(Secretary of State Service Copies) | $0.60 |
| 7 | Library Fee | $3.00 |
| 8 | Civil Filing Fee | $150.00 |
| 9 | Charges For Services(Attestation) | $0.50 |
| 10 | Charges For Services(Jury Demand / 12) | $70.00 |
| | **TOTAL:** | $304.10 |

AOC-105 Doc Code: CI
Rev. 8-26

NOT ORIGINAL DOCUMENT 09/14/2026 11:02:11 AM 90450-14

Commonwealth of Kentucky
Court of Justice www.kycourts.gov

CR 4.02; 5.01; 5.02; 5.03; 5.04; 5.05

Case No: **26-CI-005752**
Court: **CIRCUIT**
County: **JEFFERSON Circuit**
Division: **CIRCUIT**

# CIVIL SUMMONS

*Plaintiff,* **ROMANS RACING STABLES, INC VS. CJ STABLES, LLC**, *Defendant*

**Service of Process Agent for Defendant:**
**CJ STABLES, LLC**
**3028 TRAVIS POND ROAD**
**WILLIAMSBURG, VA 23185**

Memo: Registered Agent of Service exists.

## THE COMMONWEALTH OF KENTUCKY
## TO THE ABOVE-NAMED DEFENDANT(S):

A lawsuit has been filed against you in the Court listed above. A copy of the lawsuit is attached to this summons. **Read this summons and the attached lawsuit carefully.**

1. **You or your attorney must file a written defense (usually called an "Answer") within 20 days following the date you received this summons.** The 20 days starts to run the day after you were served. This Answer must be filed with the Circuit Court Clerk in the county listed above. **If an Answer is not filed, a default judgment may be entered against you.**
2. You or your attorney must serve a copy of your Answer on each Plaintiff by mail, hand-delivery, or any other method allowed by Kentucky Rules of Civil Procedure, Rule 5. If a Plaintiff is represented by an attorney, you must serve your Answer to the attorney instead of the Plaintiff. The name and address of each Plaintiff or Plaintiff's attorney are listed in the attached lawsuit. You must file a certificate of service, which may be filed with your Answer,stating the date you served your Answer on each Plaintiff or Plaintiff's attorney and the method you used to serve it.

Date: **8/29/2026**

*Scan the QR code to visit the KCOJ's Legal Self-Help webpage to access additional available resources*

Davis L. Nicholson
Jefferson Circuit Clerk

Presiding Judge: HON. MITCH PERRY (630267)

## Proof of Service

This Summons was served by delivering a true copy and the Complaint (or other initiating document) to:

______________________________

this Date ______________________

______________________________
Served By

______________________________
Title

CI : 000001 of 000001

Summons ID: @00001164571
CIRCUIT: 26-CI-005752 Return to Filer for Service
ROMANS RACING STABLES, INC VS. CJ STABLES, LLC



eFiled